UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 JAN 13 P 3: 24
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| v. | ) |
| NICKSON JOSEPH, a/k/a "CUJO," | ) CR221-006 |
| EDWUARDO MORAN, | ) |
| DANIELLE MORAN, | ) FILED UNDER SEAL |
| YASMINE JOSEPH, a/k/a "MIDGET," | ) |
| KIRK WESTBERRY, | ) |
| KELSEY LITTLE, | ) |
| TINA KALTER | ) |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, respectfully moves the Court pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above styled indictment until such time as the Defendants are in custody or have been released pending trial.

WHEREFORE, the Government moves that the above-styled indictment, the Government's motion, this order and all process issued thereunder be SEALED until such time as the first of the Defendants appears for an initial appearance following

arrest, or until further order of the Court, at which time this Indictment and all related court papers shall be UNSEALED.

This 13th day of January, 2021.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*s/Noah J. Abrams*
Noah J. Abrams
Assistant United States Attorney
Georgia Bar No. 114354

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
Facsimile: (912) 652-4388
E-mail: noah.abrams@usdoj.gov